ROBERT HESS (SBN 178042)
RHess@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:     310.596.4500

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WHELAN-VANDERHORST | Case No. 1:25-cv-01664 KES-SKO |
| Plaintiff, | |
| v. | **STIPULATION RE PLAINTIFF'S MOTION TO REMAND; ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY and Does 1 through 30, inclusive | |
| Defendant. | Complaint Filed: October 14, 2025 |

-1-
STIPULATION RE PLAINTIFF'S MOTION FOR
REMAND

**TO THE HONORABLE KIRK E. SHERRIFF AND HIS COURT CLERK:**

Plaintiff Joan Whelan-Vanderhorst ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate to further continue the remaining briefing and hearing dates relating to Plaintiff's recently filed Motion to Remand Action to State Court (Dkt No. 5 and 5-1).

This Court previously approved the parties' request to continue Defendant's remand opposition deadline by one week. (Dkt No. 9)  Since then, the parties have focused their efforts on confirming the value of the potential damages in this case and reaching an informal settlement, and the parties are optimistic that a settlement will be reached in the very near future.

In light of the foregoing, and in order to avoid unnecessarily burdening the Court's resources and to allow the parties to focus their efforts on settlement, the parties jointly request that the remaining briefing and hearing dates relating to Plaintiff's Motion to Remand be continued to the dates set forth below:

- Defendant's deadline for filing an opposition to the Remand Motion shall be continued from January 13, 2026 to February 3, 2026;

- Plaintiff's deadline for filing a reply brief shall be continued from January 20, 2026 to February 10, 2026;

- The hearing on the motion shall be continued from February 9, 2026 to February 23, 2026 at 1:30 p.m.

**IT IS SO STIPULATED**.

DATED:     January 13, 2026                          MAYNARD NEXSEN LLP

By:  */s/ Robert Hess*
ROBERT HESS
Attorneys for Defendant
Metropolitan Life Insurance Company


DATED:     January 13, 2026                          WHELAN LAW GROUP

By:  */s/ Brian D. Whelan*
BRIAN D. WHELAN
Attorneys for Plaintiff
Joan Whelan-Vanderhorst

-1-

STIPULATION RE PLAINTIFF'S MOTION FOR REMAND

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown, the Court hereby revises the following briefing schedule for plaintiff's Motion to Remand as follows:

- Defendant's opposition to the Motion to Remand shall be due on or before February 3, 2026;

- Plaintiff's reply brief shall be due on or before February 10, 2026;

- The hearing on the Motion is scheduled for February 23, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   January 13, 2026

_____
UNITED STATES DISTRICT JUDGE

-2-