# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WHELAN-VANDERHORST, | Case No.  1:25-cv-01664-KES-SKO |
| Plaintiff(s), | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 15) |
| METROPOLITAN LIFE INSURANCE CO., | |
| Defendant. | |

On March 9, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 15).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**March 10, 2026**__          ____/s/ *Sheila K. Oberto*____
                                                    UNITED STATES MAGISTRATE JUDGE